CATHERINE COWAN, Respondent, v. THE THIRD AVENUE
RAILROAD COMPANY, Appellant.

(Argued April 18, 1892; decided May 3, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made April 18, 1890, which affirmed a judgment in favor of
plaintiff entered upon a verdict.

*William H. Rand, Jr.,* for appellant.

*James A. Briggs* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.